Wolfe et ux., Appellants, *v.* Board of Assessment and Revision of Taxes.

Argued March 22, 1967. *John R. Miller, Jr.,* with him *Miller, Kistler and Lee,* for appellants; *John W. Blasko,* with him *Roy Wilkinson, Jr.,* and *Love & Wilkinson,* for appellee.

Decree affirmed.


Wrobel et vir *v.* Terminix Company of Philadelphia, Inc., Appellant.

Argued March 23, 1967. *Joseph D. Shein,* for appellant; *David Kanner,* with him *Kanner, Stein, Feinberg & Barol,* for appellees.

Judgment affirmed.

WATKINS, J., absent.